# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE APPEAL OF

JOHN C. DAUTHIER

NO.  2024 CW 0669

**DECEMBER 6, 2024**

---

In Re:    John Dauthier, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          738412.

---

BEFORE:    McCLENDON, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

PMc
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT